Rene Solis
Reg # 57112-177
FCI Big Spring
1900 Simler Ave.
Big Spring, TX 79720

October 13, 2020

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2020 OCT 20  PM 4: 33

DEPUTY CLERK _____

United States District Court
1100 Commerce  Room 1452
Dallas, TX  75242-1495

**3 - 2 0 C V 3 2 0 4 - S**

To the Clerk of the Court:

   The following is an account of my assault:

   On January 13, 2019, at 3:00pm, I was called to get my insulin shot at the infirmary. Deputy Barber came to get me, cuffed me and escorted me out. Once at the infirmary, the deputy ordered me to wait until the nurse was ready for me. Not far from where I was, there were a couple of deputies handling another inmate. Suddenly, I heard a commotion, and when I turned around, that inmate was already in front of me, beating my face and yelling, "Stupid faggot!" I fell to the ground with all my weight on my right side (and my hands still cuffed behind me), hurting my wrists, arm, waist and leg.

   After two deputies pulled me up off the floor, they put me inside the infirmary. I was in great pain, half my body throbbing. What hurt the most was my right arm, where, just a few months before, I had surgery to implant a stent after already having a heart attack. The pain lasted a long time.

                    Sincerely, Rene Solis                    RENE SOLIS

FOREVER USA
PURPLE HEART

Energy Awareness Heart

MIDLAND TX 797
RIO GRANDE DISTRICT
16 OCT 2020 PM 2 T

OCT 20 2020

Rene Solis #57112-177
Federal Correctional Institution
1900 Simler Ave.
Big Spring, TX 79720

United States District Court
Northern District of Texas
1100 Commerce   Room 1452
Dallas, TX 75242-1495
Attn: Clerk of the Court

752428i3i0