IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RENE SOLIS, | § | |
|       Plaintiff, | § | |
| | § | |
| v. | § | No. 3:20-cv-00765-E (BT) |
| | § | |
| J. BARBER, et al. | § | |
| | § | |
|       Defendants. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and Plaintiff's objections thereto. The magistrate judge recommends that Plaintiff's claims be dismissed with prejudice for failure to state a claim upon which relief can be granted. After reviewing all relevant matters of record in this case under the appropriate standard, the undersigned District Judge agrees that Plaintiff has failed to state a claim upon which relief can be granted. Although the Court is adopting the magistrate judge's Findings and Conclusions that Plaintiff has failed to state a claim, because Plaintiff is pro se, the Court will give Plaintiff one last opportunity to plead her best case. Within 28 days of this Order, Plaintiff must file an amended complaint, if she can, that states a claim on which relief can be granted.

**SO ORDERED**; signed August 5, 2021.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE