IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RENE SOLIS, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | No. 3:20-cv-00765-E (BT) |
| | § | |
| J. BARBER | § | |
| | § | |
|     Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. Accordingly, **IT IS ORDERED** that the defendant's *Rule 12 Motion to Dismiss Claims in Plaintiff's Second Amended Complaint, and Brief in Support* (ECF No. 39) is **GRANTED**. By separate judgment, the plaintiff's claims will be dismissed.

**SIGNED** this 25th day of July, 2023.

_____
Ada Brown
UNITED STATES DISTRICT JUDGE